**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION TRUST FUND, et al., | No. C-14-3460 MMC |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT; VACATING NOVEMBER 20, 2015 HEARING** |
| v. | |
| PRESTIGE GLASS & STOREFRONT COMPANY, INC., | |
| Defendant. | |
| _____ / | |

Before the Court is plaintiffs' Motion for Default Judgment, filed October 9, 2015.  No

opposition has been filed.

Having read and considered the papers filed in support of the motion,[1] the Court

deems the matter suitable for decision thereon, VACATES the hearing scheduled for

November 20, 2015, and hereby GRANTS the motion, as follows:

1.  Plaintiffs are entitled to contributions in the amount of $51,255.07 (see

Dominguez Decl. ¶ 8; Jackson Decl. ¶ 12), less payments made in the amount of $2953.50

---

[1]The chambers copies of plaintiffs' motion and supporting declarations were submitted in double-sided format.  For future reference, plaintiffs are directed to submit in single-sided format all chambers copies of documents.  See Civil L.R. 3-4 (setting forth requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

1 (see Dominguez Decl. Ex. B at 5; Jackson Decl. ¶ 14), for a total of $48,301.57.

2       2.  Plaintiffs are entitled to liquidated damages in the amount of $10,310.65.  (See

3 Stafford Decl. ¶ 16; Jackson Decl. ¶ 12.)

4       3.  Plaintiffs are entitled to prejudgment interest in the amount of $4579.76.  (See

5 Dominguez Decl. Ex. B at 5; Stafford Decl. ¶ 16; Jackson Decl. ¶ 12.)

6       4.  Plaintiffs are entitled to recover testing fees in the amount of $1860, charged by

7 the accountant retained by plaintiffs to inspect defendant's records.  (See Dominguez Decl.

8 ¶ 11.)

9       5.  Plaintiffs are entitled to recover costs in the amount of $742.97 (see Stafford

10 Decl. ¶ 37), which costs the Court finds were reasonably incurred.

11       6.  Plaintiffs are awarded the sum of $11,323 in attorney's fees (see Stafford Decl.

12 ¶ 36), which fees the Court finds were reasonably incurred.

13       Accordingly, plaintiffs shall have judgment against defendant in the amount of

14 $65,051.98, together with costs and fees in the amounts of $742.97 and $11,323,

15 respectively, for a total of $77,117.95.

16       Interest shall continue to accrue on the judgment at a rate of 5% per annum on the

17 portion attributable to unpaid contributions ($48,301.57) from October 7, 2015, until paid,

18 pursuant to 29 U.S.C. § 1132(g)(2) (see Jackson Decl. ¶ 8,  Ex. A, Article 29, § D(3)), and

19 at the rate set forth in 28 U.S.C. § 1961 on the balance of the judgment ($28,816.38).

20       **IT IS SO ORDERED.**

21

22 Dated:  November 6, 2015

23                         MAXINE M. CHESNEY
                        United States District Judge

24

25

26

27

28