IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA GLAZIERS
ARCHITECTURAL METAL AND GLASS
WORKERS PENSION TRUST FUND, et al.,

        Plaintiffs,

 v.

PRESTIGE GLASS & STOREFRONT
COMPANY, INC.,

        Defendant.

No. CV-14-3460 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. Plaintiffs are entitled to contributions in the amount $51,255.07, less payments made in the amount of $2953.50, for a total of $48,301.57.

    2. Plaintiffs are entitled to liquidated damages in the amount of $10,310.65.

    3. Plaintiffs are entitled to prejudgment interest in the amount of $4579.76.

    4. Plaintiffs are entitled to recover testing fees in the amount of $1860, charged by the accountant retained by plaintiffs to inspect the defendant's records.

    5. Plaintiffs are entitled to recover costs in the amount of $742.97, which costs the Court finds were reasonably incurred.

    6. Plaintiffs are awarded the sum of $11,323 in attorney's fees, which fees the Court finds were reasonably incurred.

Accordingly, plaintiffs shall have judgment against defendant in the amount of $65,051.98, together with costs and fees in the amounts of $742.97 and $11,323, respectively, for a total of $77,117.95.

Interest shall accrue on the judgment at a rate of 5% per annum on the portion attributable to unpaid contributions ($48,301.57) from October 7, 2015, until paid, pursuant to 29 U.S.C. § 1132(g)(2), and at the rate set forth in 28 U.S.C. § 1961 on the balance of the judgment ($28,816.38).

Dated: November 6, 2015                                           Susan Y. Soong, Clerk

By: Tracy Lucero
Deputy Clerk